**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
By pbryan at 1:41 pm, Jan 26, 2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE: : CHAPTER 13
:
JOHN C. WELLS, : CASE NO. 11-41417-LWD
STEPHANIE E. WELLS, :
    Debtors. :

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY

THIS MATTER arises on the Motion for Relief from Stay filed by ECAST Settlement Corporation, Assignee of HSBC Bank Nevada (KAWASAKI) ("Creditor") with regard to Movant's collateral, a 2006 Kawasaki KSF400A6F ATV; VIN# J5LAK47B062106251 (the "Collateral"). Prior to the need for a hearing, the parties reached an agreement, and the Chapter 13 Trustee, upon review, is unopposed to the agreement. Accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. § 362 is modified, and the fourteen day stay provided for in Fed. R. Bankr. P. 4001(a)(1) is waived in accordance with Fed. R. Bankr. P. 4001(a)(3), such that Creditor may immediately exercise its state law remedies to obtain possession of the Collateral and to liquidate said Collateral upon entry of this Order. It is further

ORDERED that following foreclosure and upon compliance with state law, Creditor may file an unsecured deficiency claim, if applicable, with copies serviced upon the case Trustee, Debtors, and Debtors' counsel. The Trustee is ordered to stop paying any previously allowed claim of creditor asserting security interest in the property that is the subject of this order.

Dated: JAN 25 2012

_____
JUDGE LAMAR W. DAVIS JR.
UNITED STATES BANKRUPTCY COURT

Prepared by:
_____
David Sicay-Perrow, GA Bar No. 645285

Consented to by:
_____
Debtor's Counsel

No Opposition:
_____
Chapter 13 Trustee